IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ADDYS T. WALKER.

    Plaintiff,

vs.                                                           4:11-CV-68-SPM/WCS

CHARLES T. CANADY, et al.,

    Defendants.

_____/

## ORDER

**THIS CAUSE** comes before the Court on the Defendants' Motions to Dismiss (docs. 17, 18). The Plaintiff did not file a response in opposition. However, Plaintiff has filed a Motion to Extend Time to Amend the Complaint (doc. 24), to which Defendants have responded in opposition (docs. 25, 26). Plaintiff brought this complaint (doc. 1) against the Justices of the Florida Supreme Court, a prosecutor and executive director of the Florida Bar, and a Senior Judge appointed as Referee by the Florida Supreme Court, seeking injunctive relief from the Florida Bar proceedings against him for indirect criminal contempt, stemming from Plaintiff's having been enjoined from engaging in the unauthorized practice of law and subsequent failure to pay restitution and monetary penalty. Pursuant to the federal court abstention principle announced by the Supreme Court in Younger v. Harris, 401 U.S. 37 (1971), the Court will decline Plaintiff's request for injunctive relief. "A court may abstain from granting injunctive relief under Younger where:

(1) the state proceeding is ongoing; (2) the proceeding implicates an important state interest; and (3) there is an adequate opportunity to raise a constitutional challenge in the state court proceedings." Chen *ex. rel.* V.D. v. Lester, 364 Fed. App'x 531, 535 (11th Cir. 2010). Moreover, pursuant to the Rooker-Feldman doctrine, this Court lacks the jurisdiction to review a final order of the Florida Supreme Court, the validity of which is at the crux of this lawsuit. See Doe v. Fla. Bar, 640 F.3d 1336, 1341 (11th Cir. 2011). Accordingly, it is hereby

ORDERED AND ADJUDGED as follows:

1. The Motions to Dismiss (docs. 17, 18) are granted. Plaintiff's complaint is dismissed.

2. Plaintiff's Motion for Extension of Time to Amend (doc. 24) is denied, as amendment would be futile.

3. The clerk is directed to close the file.

**DONE AND ORDERED** this first day of June, 2011.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge