IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ADDYS T. WALKER,

      **Plaintiff,**

vs.                                        CASE NO. 4:11cv68/RS-WCS

CHARLES T. CANADAY, et al.,

      **Defendants.**
_____

## ORDER

Plaintiff's Motion to Alter or Amend Judgment (Doc. 33) is **DENIED**.

**ORDERED** on July 13, 2011.

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**